# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| Ellen Gutman, | : | No. 115 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| Unemployment Compensation Board of Review, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 25th day of August, 2015, the Application for Relief Seeking Leave to Exceed the Word Count Limitation is **DENIED**.

_____
Deputy Prothonotary